

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2017

No. 04-16-00819-CV

**IN THE INTEREST OF J.H., I.H., E.H., M.H., AND L.H., CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0958-CV
Honorable W.C. Kirkendall, Judge Presiding

### O R D E R

On December 2, 2016, the trial court signed an order terminating Appellant's rights to his children. On December 19, 2016, Appellant filed a notice of accelerated appeal. *See* TEX. R. APP. P. 26.1(b). The reporter's record was due on December 29, 2016. *See id.* R. 35.1(b).

On December 30, 2016, court reporter Terri Robason filed a notification of late reporter's record. She indicated she has a large backlog of records and she needs more time to prepare the record in this appeal.

The reporter's motion for extension of time to file the reporter's record is GRANTED. **The reporter's record must be filed with this court by January 9, 2017.** *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)). **Any further requests for extension of time to file the reporter's record will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2017.



Keith E. Hottle
Clerk of Court